Thank you. Thank you, Mr. Gordon. I'll see you next. Thank you. Thank you. Speaking of the act, this clause, it came under two important provisions. First, it's going to teach you how to refuse. And therefore, it's going to teach you how to refuse. If you don't know what the rules are, it's not going to be helpful. This clause is different. The second provision on this page talks about request. It's based on the recovery statement that you receive. But I don't think that's what I'm going to say here. The correct thing to say is that all signed new members of the Real Estate Association compete with each other. There are no act that supports that conclusion, if not this clause. So all I'm saying is, I don't think that the allegations that say new members of the Real Estate Association compete with each other would be nonsense, not plausible, and must not be supported by any additional facts. And so I really was hoping that I would be able to say to you how much this act was standard while we were specifically one of those who competed. These provisions state our services were acceptable. Now there are questions at which, oh, that's not quite it. You say, well, you're aware of competition. You are upset. But the issue wasn't about competence. To you, it was knowledge. The issue was you're out of business. There's not competence. And the fact of the matter is, it doesn't necessarily constitute plausible. It sounds logical. But I don't think that's a matter. This is regard to some of the challenges that we were talking about. The other thing is, the other principle which I think we need to address in this case is, the court assumed that there were violations, specifically both types of violations, of the National Labor Relations Act. It also assumed there was violations of the National Labor Relations Act, the Hikaru clause. And the clause quotes, Now, it's complex to get you through that question as well. And that's close to where the person is, because silence is quite characteristic. Unless the court has questions on that, that's a big slide, especially since we may be in a break. I'm going to be here for the next few minutes to talk to you. This is a priority for multiple lawsuits and applications, and it's not just my head that gets to say something. But, part of the question is this. What was the real justification for the clause? I think I've answered the part of the 50th Circuit rules. This is part of the report, which is a tool to see this. So, I'm going to have to insist on paper. One part of the proceedings is the real justification. This is the most important part of the discussion. The first proceedings is the indication. Now, you'll note that the final decision there, with respect to the expression of the clause of justification, we then move forward to the second clause. The second clause of the rule of justification, which we'll talk about in a moment, says this. It says that the trial court was correct in concluding that the judgment system should be served as equals to the prospect. At some point, I think that's probably what this part says. You can quote it or spell it. If I'm only going to leave you in time, I should. The third clause, though, is the second. That defines a new argument. Now, in the most recent cases, which are the most recent decisions, each has to conclude that what is the claim of the claimant? It's not a wonder that he belies. It's not the exception. All right? That's actually on social justice. He's an organization's partner. But what is it? It's the entire politics, the entire democracy, the commerce, the trade, the economy, the military. So how does that strike them here? It's kind of too broad. Right? It's too abstract. But that's what's interesting in this question. What we're doing is a way for us to ask these questions. We're talking about what's true for him. What I'm indicating is that there's a violation of political law. It's critical to the analysis. And there's so many other things that we are doing. I think we're getting there. That's what we're trying to do. There's a lot of these issues that we need to address. Yes, yes. That's true. This is an issue that concerns the court. I would suggest that you hold your opinion until the answer comes to you. It's not easy, sir. You have more than a few dozen views. It's been great. I think that would be an issue for all parties. I would expect there would be no such charge against our community. I'm sorry to hear that. I'm trying to resolve the issue. You can't solve it. We're asking the question. Who knows too much about the defendant, consistent with the apropos and the answers of the courts, that's not the issue. The core question is do you trust the conduct of the parties in all these situations? And we know that this court discussed in its record the direction that we should take the decision not to make a free-falling case. That is the final call. Right now, it is at the final call. If you'd rather watch it to some extent, you have this mandatory subject to question. It's your call. And there goes the deal. The deal is final. It's cut both sides of the equation. I want this deal on all three steps, on all three elements right here. The first is that you have not met the mandatory subject to question test. Now, that's a long session. You've got four to seven minutes. Excuse me. There are two issues. One is the issue of what side of the equation has changed in the parties in the area. In the case of three sides, and four-to-one, two-to-seven, it's still the bottom of the equation, but there's no change in that. And the fourth issue is that you've got to meet the mandatory subject to final call because the points of regulation are back to the appropriate instructive form. Here, we have the reverse. We have one that was never performed in court, and I hope it was for more than three years performed by others. And it's my position that that is the question that you need to address. But there's also another reason to address this, I guess. On the third slide, this one was asked, if the three-to-one violates the subcommitment clause. And the one-to-one answer is a mandatory one-condition subject. And the court said that if it's a condition subject, it's a negotiation for a final call with the others. And I'm fluctuating between that and that to an infinity and a magnitude. And I submit to you the two clauses that don't violate the subcommitment and the entire validity of the statute. I'd like to talk a little bit about the value of subcommitment cases because, as we've discussed, 12 court cases, the first issue is the admittance of the value of the final standards clause, which violates all categories required to disavow various standards. And this one, if you just want to stop, has more preservation involved of a preserving what historically was the law about bargaining in court. And as the court said, even though a bargaining system, even though we have all the other options for a bargaining system, we're saying it's not valid. We're saying it's not valid because we can't describe on this record how much this would involve word preservation. And it's not an interesting idea. It's an interesting idea because it overlaps with some of the other cases where I, for example, were involved. And so I wanted to find out what would happen if there is no preservation in this record. Now, let's start the board, which is a great board, talking about looking at monitoring. Now, for many of us on the West Coast, I'm not going to tell you the numbers. What we know for certain is that for 30 years, we've performed such that we've run out of the IPD-354 provisions. And what I'm trying to kind of explain to you, and what I'm going to try to do is I'm going to try to annotate this silence and the lack of dialogue and the legacy of George W. Bush. And what I'm going to try to do is kind of just be in Richard's case, Richard's case. So what I'm going to do in just a second, what I'm going to try to do in just a moment, is I'm just going to kind of double-tongue the fact that the only non-union community that has the widest powers of working conditions. And it's actually one of these in this case, not the small firm that's seeking to take the work of the actors. And they're doing so because they have the power of working conditions. And I'm going to be talking statutory issues. The statutory agenda involves the private sector. They can better conduct the public business of the union and it is rather expensive and expensive when it's manned over by employers. And in this direction, they've also just asserted that if all of those statutory conditions  have to be met, the union and the firm alone should be considered self-sufficient. And all this because of the technical problem that exists between the parties. Furthermore, they've announced in their report that the conduct of this large firm, which was so long ago, was part and parcel of the abolition of compulsory slavery. And let me just explain that. We know that they've done it. Why? Because our time is reduced to about this term, the unlawful time of abolition. And this brings us to the U.S. versus Census report to address this issue. That's the next question. That is, for example, and that has jurisdiction, especially between communities, which have self-destruction. And you never have to say it's self-destruction. It's self-responsibility. So that we're living in a world in which we can't do it. And so, for that case, it was necessary for this firm to attempt to cause the U.S. Congress to try to force to change their conduct. In fact, when the federal government in 1948 set up the Census, in 1939, the next federal Congress to come in, they tried to bring this back to us in a lifetime of business. And, you know, what we do here at the State Department is we look at and we try to find changes in the treatment of black youth. And I have worked for cases in which where we expressed that it was wrong. I have worked for many, many more officers. Some of the staff knew it was a security purpose. And some suggested, well, I'm sorry, it would be correct to say that I know of no cases that addressed that sort of experiment. And most people, on the statutory, knew that I know of no cases that addressed that sort of experiment. And so I'm not able to demonstrate an actual tool of the upbringing of black youth. And that's the reason, yes, we have questions in terms of security purposes and that's why it's important for us, we need to speak aloud. And that's the fact that you've got a 50-year-old girl in a headwear and you're having tobacco and smoking. That's difficult. That comes with a common purpose. And there is intent, which is intent to approach. Even though the youth don't move, it's true that works. There are certain classes, or there's a culture of action, which is a law, in which you have, you have one person in the room, but not many times, you have people in the room dealing with problems that you can't deal with when it wasn't even involved. And you have young contemporaries doing the same thing. They will probably be delighted and say, I'm going to buy you $60,000 a day unless you comply with a legal reason. And I'll ask, correct me if I'm wrong, that's what this lady is about to test the jury. So, it is our position that where you're working toward a common goal, you've got better ways to work, if you're willing to go on even more than you might just to choose one or the other. I've got questions from the two communities that you just discussed. Can money, social, loan, cause a reversal, or do you want to establish that there's an amount of APA that's worthwhile in five years that you probably decide that you're going to comply with a reversal, regardless of whether you're willing or not to choose? Because, if I didn't, that's my second point, that's your second point. I think, on the one hand, that that's why, you know, sometimes, I'm not sure exactly, the best way to start is to ask a question. But, that's why, on the other hand, you should talk to a legal institution so that you don't require her to obligate five years of the debaculation there to someone who's a legal institution. How about not obligating them to every threshold of all prospective institutions? Isn't that a serious conspiracy? That'll never succeed. So, that'll, that's sort of a sort of side effect of this approach. And, the actual purpose of this special advice never means that you are seeking a prior prospect rather than that. After the legal year, after you've raised the jury instructions, after the end of the 11 months, you would prefer that the special advice be quite specific. So, please stand up. I was going to check that, but I don't know if I did. Now, let's talk about accounts that don't always work out so well. Okay, so sorry. Remembered that, please stand by.  Um, please. Uh, please stand by. Sorry it's fine.  that's okay. Yeah, okay. Yeah. Okay. Okay. Yeah. Okay. Yeah. Okay. Yeah. Yeah. Okay. Okay. Okay. Yeah. Okay. Yeah. Yeah. Okay. Yeah. Okay.  Yeah. Yeah. Okay. Okay. Yeah. Okay. Yeah. Okay. Yeah. Okay. Yeah. Okay. Yeah. Yeah. Okay. Yeah. Okay. Yeah. Yeah. Yeah.  Yeah. Okay. Yeah. Sure. Sure. Sure. Sure. Yeah. Ah. Yeah. Mm-hmm. Mm-hmm. Mm-hmm. Mm-hmm. Mm-hmm. Mm-hmm. Mm-hmm. Mm-hmm. Mm-hmm. Mm-hmm. Mm-hmm. Mm-hmm. Mm-hmm. Mm-hmm. Mm-hmm. Mm-hmm. Mm-hmm. Mm-hmm. Mm-hmm. Mm-hmm. Mm-hmm. Mm-hmm. Mm-hmm. Mm-hmm. Mm-hmm. Very well. Good morning, and on your stage is the chorus, Eleanor Horton, born after a very, very long, short marriage. I want to talk for a minute about the statutory labor exemption and the defense that is available to my client. These terms are indicated in terms of the laws and the statute in the first part, which is whether or not the union would act in any kind of self-interest. And with regard to this exemption, what we're talking about is the employee that might come into the bench to engage in a domestic strike, or is caught in, or is brought out, or is forced into a domestic strike situation. This is typical union self-interest, and under the statute that we're talking about, it is shown that it is more effective than it appears to be in antitrust law, not because it is necessarily lawful, but because antitrust law is not the machine under which it should be regulated. Now, this particular case, we can take advantage of the exception that makes one to act in a private case under the law, but this will not be the case and will be the case for more than a two-part history. We can go back to the case of Pembroke in 1940. In that case, the union owner was stopped. They objected at the plans, they were able to use their names, they prevented targets from being moved out of the plans, but came forth a no-trouble bonding with the children of antitrust law. It was against the law. It's against state law, but it wasn't issued in the antitrust court of the United States. The union received no charge for any non-labor group. That is an element of self-defense, and certainly an EMA. A non-labor group? Yes, they are a non-labor group. With regard to the strike activity that my client addressed in the case of Terminal 6, there is no solvable way to conclude under small group that that activity was joint activity between the House of Leaders and the community, and there are a couple of instances of hearing complaints in the record that show that. First of all, Terminal 6 is a facility where not only do you receive firearms, but other community carriers come to the facility to bring firearms to your facility. It's simply impossible to conclude that PMA, the association that represents all of these members of the Public-Public Health Department, including ICSI, somehow set a union like a strike facility. It's not solvable under small group, and under small group, it's not sufficient for ICSI to allege something that might be conceivable. ICSI must allege specific facts that make it plausible that that activity was done in combination between the utilities and the government. If there's no questions, of course, your questions are heard, and we're ready to go to the questions, please. Well, the Hutchinson case reports that the House took steps toward a convention, and the Hutchinson case makes clear that it is not the role of a union-controlled court to decide these issues of federal labor law. That it's not the role of the union-controlled court to decide whether the union is up to things good, bad, wise, unwise. There's a system of law that's no different from the system of federal labor law, and the Hutchinson also says that unions are not subject to any exemption when combined with non-incorporated families Did you have any questions? The other fact that was in front of this judge was that P&A was in the very same program that was doing the ILWA, which was ensuring the very strike activity that ICSI was claiming was done in order to lose them. And P&A didn't just file a lawsuit, they filed a temporary restraining order. That was one of the proceedings that was in front of Judge Fyler at the time he was ruling on the antitrust bench. We also agreed with you on statutory, you said the non-statutory, do you have to raise the non-statutory? You absolutely do. You have to raise the non-statutory exemption, even if you agree with me on the statutory exemption. Let me address Brown for a moment and the issue of whether or not sitting against lawful under some other scheme may or may not be exempt from the antitrust rating. Our instruction is that secondary voice activity unlawful under the National Liberation Act may still be exempt, but in our testimony, it's right in the decision that we recorded in our brief. Brown, I don't think it's possible to read Brown to outwit it. It's not possible to read Brown to say that the voters want to take advantage of the exemption and do not comply with federal labor laws. And because Brown didn't overrule that language of constitutional instruction, but moreover, the analysis in Brown that Judge Fyler used to speak on language because it's not the role of the antitrust courts to decide these questions of what is and is not appropriate and correct requirement. That's the entire time. I will restrict to 10 seconds, and then we'll let you have a full minute and a half. All right. Let's go back to the next topic. I think we all agree that this is a critical issue. A critical issue. A robust issue. And most of these are critical issues. I don't think most of them are critical issues. But the real problem is that there's a ton of exceptions to each of our constitutional structures. And it's often when you assume at last that one, two, nine, and the union got up to work on May 23, got their work done, and dissembled the world's work to themselves. And to, therefore, cause us not to be able to use the fundamental principles provided by the court to do such and what they were saying to the fullest support of the court. That makes the end result of the argument. And if it works well, it's a good thing to go for it. But I'm certainly not because the court could prevent that interference in the process. The case just argues a little bit that the court stood in the court for a long time.
judges: O'scannlain, Clifton, Nguyen